UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC EWELL, | ) | CASE NO. 4:22-CV-1675 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| WARDEN, FCI ELKTON, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Respondent. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On September 19, 2022, Petitioner Eric Ewell ("Petitioner") filed a Petition for a Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241. (ECF No. 1). On April 11, 2023, Magistrate Judge Jonathan D. Greenberg submitted a Report and Recommendation ("R&R"), recommending that the Court dismiss the Petition without prejudice for failure to prosecute. (ECF No. 17).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. The R&R gave the parties notice of the 14-day time limit for filing objections. (ECF No. 17). On April 11, 2023, a copy of the R&R was mailed to Petitioner at the address he provided the Court on October 27, 2022 (ECF No. 12). As a result, any objections by the parties were due by April 25, 2023. As of April 28, 2023, neither party filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of the portions of the R&R to which the parties objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *See Peretz v. US*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42, 149–50 (1985).

1

Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's Report and Recommendation, incorporates it fully herein by reference, and **DISMISSES** the Petition without prejudice. The Court also finds that there is no basis upon which to issue, and will not issue, a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

**IT IS SO ORDERED.**

Date: April 28, 2023

*/s/ Charles Fleming*
_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**